IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CONRAY CARROLL                                                              PETITIONER
ADC #110901

VS.                              4:18-CV-00054-BRW-BD

WENDY KELLEY, Director,
Arkansas Department of Correction                                           RESPONDENT

## ORDER

I have reviewed the Recommended Disposition (Doc. No. 15) filed by Magistrate Judge Beth Deere. After careful consideration of the Recommendation and Mr. Carroll's objections, and after a *de novo* review of the record, I approve and adopt the Recommendation in all respects.

In his objections, Mr. Carroll argues that he is not challenging his conviction, as set out in the Recommendation. He asserts that he his only challenging the place of his confinement, but this claim is meritless. In *Olim v. Wakinekona*,[1] the United States Supreme Court held that "[j]ust as an inmate has no justifiable expectation that he will be incarcerated in any particular prison within a State, he has no justifiable expectation that he will be incarcerated in any particular State."[2]

Conray Carroll's petition for writ of habeas corpus (Doc. No. 1) is DENIED and DISMISSED WITHOUT PREJUDICE. All pending motions (Doc. Nos. 2, 7,9,10, 11) are DENIED as MOOT.

IT IS SO ORDERED this 6th day of February, 2018.

/s/ Billy Roy Wilson _____
UNITED STATES DISTRICT JUDGE

---

[1] 461 U.S. 238 (1983).
[2] *Id.* at 246.