# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**CONRAY CARROLL**  **PETITIONER**
**ADC #110901**

VS.  **4:18-CV-00054-BRW-BD**

**WENDY KELLEY, Director,**
**Arkansas Department of Correction**  **RESPONDENT**

## JUDGMENT

Based on the Order that was entered today, this case is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 6th day of February, 2018.

/s/ Billy Roy Wilson _____
UNITED STATES DISTRICT JUDGE